Cammann, 160 N. Y. 315, 329, 54 N. E. 709; Doane v. Merc. Trust Co., 160 N. Y. 494, 499, 55 N. E. 296. The first report of the referee should be confirmed, and the judgment modified by providing that the fund in controversy, namely, an undivided one forty-second part of the entire fund, be paid to the appellant, instead of to the respondent Maude Beekman, and, as modified, affirmed, with costs to the appellant against the said respondent.

BALL, Respondent, v. BALL, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Mary C. Ball against Flexman E. Ball. No opinion. Judgment affirmed, with costs.

BALMAIN, Respondent, v. ABRAHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by William J. Balmain, an infant, by his guardian ad litem, against Abraham Abraham and others. No opinion. Judgment and order unanimously affirmed, with costs.

BANKS, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Charles G. Banks against the city of Mt. Vernon. No opinion. Judgment affirmed, with costs.

BANKS, Respondent, v. SEBRING, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Grace L. Banks, an infant, etc., against Burt Sebring, impleaded, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion denied and judgment vacated, without costs.

BARNUM et al., Respondents, v. BIRGE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Curtis A. Barnum and others against Delos L. Birge and another. C. L. Barber, for appellants. C. B. Pierce, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BARON v. GRAND THEATER CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Solomon L. Baron against the Grand Theater Company. No opinion. Application denied, with $10 costs. Order signed.

BARTKUS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Aggie Bartkus against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BEARDSLEE et al., Respondents, v. CHURCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Nathan S. Beardslee and another, as, etc., against John D. Church.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

BENE, Respondent, v. ENEQUIST, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Mary F. Bene against Erik Enequist. No opinion. Judgments of the Municipal Court affirmed, with costs.

BENEDICT v. PINCUS et al. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Julian Benedict against Louis Pincus and another. No opinion. Motion granted. Order filed.

In re BENHAM. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the application of Richard E. Benham for admission to the bar. No opinion. Motion granted.

BENNETT, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Charles G. Bennett against the city of Utica. No opinion. Judgment and order affirmed, with costs.

BERMAN, Appellant, v. WILLIAM SIMPSON & CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Joseph Berman against William Simpson & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

BERTHELSON, Appellant, v. GABLER, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Carl C. Berthelson against John C. Gabler. No opinion. Motion for resettlement of order granted.

BERWIN, Respondent, v. DEITSCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Gustave H. Berwin against Charles Deitsch and Edward J. Deitsch. No opinion. Judgment and order unanimously affirmed, with costs.

BIONDI, Appellant, v. METROPOLITAN MUSEUM OF ART, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Ernesto Biondi against the Metropolitan Museum of Art, impleaded. G. R. Hawes, for appellant. R. W. De Forest, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re BISCHOFF. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of Henry BISCHOFF, Jr. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BISHOP, Respondent, v. LORGE, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by William F. Bishop individually, etc., against Julius B,